IN THE COURT OF CRIMINAL APPEALS


OF TEXAS






NO. 1213-03






JAMES BOOKSH, Appellant



v.



THE STATE OF TEXAS





ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW


FROM THE THIRD COURT OF APPEALS


TRAVIS COUNTY






 The opinion was delivered PER CURIAM. 


O P I N I O N 



 A jury convicted appellant of possession with intent to deliver controlled substances. 
The Court of Appeals affirmed. (1) We granted his Petition for Discretionary Review.

 However, appellant has since filed a motion to dismiss his Petition for Discretionary
Review. Having considered appellant's motion, we dismiss his Petition for Discretionary
Review.

 PER CURIAM

DELIVERED: January 21, 2004

DO NOT PUBLISH
1. Booksh v. State, No. 03-02-00200-CR, 2003 Tex. App. LEXIS 4944.